IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
HARRISONBURG DIVISION

| | |
|---|---|
| MELNOR, INC., ) | |
| ) | Civil Action No. 5:04CV00113 |
| Plaintiff, ) | |
| ) | **ORDER** |
| v. ) | |
| ) | |
| SKR RESOURCES, INC., and ) | By: Samuel G. Wilson |
| CHRISTOPHER COREY, ) | United States District Judge |
| ) | |
| Defendants. ) | |

In accordance with the memorandum opinion entered this day, it is hereby **ORDERED** and **ADJUDGED** that the defendants' motion to change venue is **DENIED**.

ENTER: This 23rd day of June, 2005.

_____
UNITED STATES DISTRICT JUDGE