IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
HARRISONBURG DIVISION

| | |
|---|---|
| MELNOR, INC., | ) |
|     Plaintiff, | ) Civil Action No. 5:04CV00113 |
| v. | ) **MEMORANDUM OPINION AND ORDER** |
| SKR RESOURCES, INC., and CHRISTOPHER COREY, | ) By: Samuel G. Wilson |
|     Defendants. | ) United States District Judge |

Plaintiff, Melnor, Inc., brings this diversity action against SKR Resources, Inc. (SKR), and Christopher Corey for fraud and unjust enrichment. The matter is before the court on SKR's motion for a stay of further proceedings pending appeal of the court's June 23, 2005, order denying SKR's motion for a change of venue pursuant to 28 U.S.C. § 1404(a). "It is well settled that the decision of a district judge on a motion for change of venue under section 1404(a) is not appealable as a final judgment." Ellicott Mach. Corp. v. Modern Welding Co., Inc., 502 F.2d 178, 180 (4th Cir. 1974). Therefore, the court finds no reason to stay further proceedings. Accordingly, it is hereby **ORDERED** and **ADJUDGED** that SKR's motion for a stay is **DENIED**.

ENTER: This 14th day of July, 2005.

_____
UNITED STATES DISTRICT JUDGE